N/A

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Catherine R. Jasper (97306)
cjasper@tradesecretslegal.com
Stuart P. Jasper (91378)
sjasper@tradesecretslegal.com
Jasper & Jasper, P.C.
19800 MacArthur Boulevard, Suite 860
Irvine, California 92612
(949) 756-1560

ATTORNEYS FOR: Plaintiff Buddy Lee "Bud" Barr

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Buddy Lee "Bud" Barr

Plaintiff(s),

v.

HD Supply Construction Supply Ltd., a Florida ltd. partnership, dba HD Supply White Cap Construction Supply, and HD Supply, Inc., a Delaware corp.

Defendant(s).

CASE NUMBER: CV11-10805 R(FFMx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff Buddy Lee "Bud" Barr (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**
(List the names of all such parties and identify their connection and interest.)

1. Buddy Lee "Bud" Barr
2. HD Supply Construction Supply Ltd.
3. HD Supply, Inc.
4. Bain Capital
5. Clayton Dubilier & Rice
6. The Carlyle Group
7. Joseph DeAngelo
8. John A. Stegeman,

9. Robert Jacoby

**CONNECTION**

1. Plaintiff
2. Defendant
3. Defendant
4. Affiliate is 1/3 Owner of HD Supply, Inc.
5. Affiliate is 1/3 Owner of HD Supply, Inc.
6. Affiliate is 1/3 Owner of HD Supply, Inc.
7. CEO, HD Supply, Inc.
8. Executive President, HD Supply White Cap Construction Supply

9. Senior Vice President Southwest Region, HD Supply White Cap Construction Supply

December 28, 2011
Date

Sign /s/ Stuart Jasper

Plaintiff
Attorney of record for or party appearing in pro per