CATHERINE R. JASPER 97306
cjasper@tradesecretslegal.com
STUART P. JASPER 91378
sjasper@tradesecretslegal.com
JASPER & JASPER, P.C.
19800 MacArthur Boulevard, Suite 860
Irvine, California 92612
Telephone: (949) 756-1560
Facsimile: (949) 756-2251

J S - 6

Attorneys for Plaintiff
Buddy Lee "Bud" Barr

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Buddy Lee "Bud" Barr,<br><br>        Plaintiff,<br>vs.<br><br>HD Supply Construction Supply Ltd., etc. et al.,<br><br>        Defendants. | Case No.: 2:11-cv-10805 R (FFMx)<br><br>Judge Manuel L. Real<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PENDING ARBITRATION**<br><br>**[Stipulation to Stay Action Pending Arbitration Filed Separately]** |

      The parties and their counsel of record having filed a stipulation to stay this action pending arbitration, and good cause being found, the Court grants the stipulation and orders this matter DISMISSED, WITHOUT PREJUDICE, pending arbitration as set forth below.

      1.     This action is dismissed pending binding arbitration before JAMS in Orange, California pursuant to JAMS' Employment Arbitration Rules & Procedures effective July 15, 2009 ("the Rules"), except as modified by this Order ("the Order"). The parties agree that this arbitration shall be deemed to arise out of an

JASPER & JASPER, P.C.
19800 MacArthur Blvd., Suite 860
Irvine, CA 92612
949-756-1560

1  employer-promulgated plan rather than an individually negotiated agreement and
2  that this provision supersedes any and all contrary JAMS' Rules.  JAMS shall have
3  no authority to change any of the terms of this Order.  The determination of this
4  Court is final with respect to all matters addressed herein.  This Order contains
5  Party-agreed procedures which override the Rules.  If JAMS does not wish to abide
6  by any of the provisions of this Order, it may decline to accept this arbitration, and
7  the parties shall return to this Court for further proceedings.   The parties waive trial
8  by jury or by this Court.

9      2.    Within five days after entry of this Order and in satisfaction of JAMS
10  Rule 9, Notice of Claims: (a) plaintiff shall file with JAMS a Commencement Letter
11  enclosing the Order, the complaint, the answer, contact information for all parties'
12  counsel, and a proof of service by e-mail; and (b) defendants shall pay all of JAMS's
13  Case Management Fees for all parties ("Payment").  Defendants will pay all fees and
14  costs of the arbitration and arbitrator.

15      3.    Within five days after receipt of Payment, JAMS will (a) identify all
16  retired judges, retired justices, or other neutrals (jointly "Neutrals") on its
17  employment roster available for arbitrations in Los Angeles County or Orange
18  County ("the Roster") and (b) invite each side to nominate six  Neutrals from the
19  Roster.  Each side will strike up to three candidates from the other's list and rank the
20  rest in order of preference.  The candidate with the highest composite ranking will
21  become the arbitrator, or, if none ranks highest, JAMS will choose the arbitrator
22  from the joint list ("the Joint List").  If an arbitrator is unable to fulfill his or her
23  duties, a successor arbitrator shall be chosen from a new Joint List to be created in
24  accordance with the above procedure.

25      4.    This arbitration may not be consolidated with any other arbitration.
26      5.    Each side may depose at least 12 lay witnesses and all expert witnesses
27  and may use all discovery devices permitted by the California Civil Discovery Act.
28

- 2 -

ORDER TO STAY ACTION PENDING ARBITRATION

Irvine 761110.1

1  Experts who may be called to testify at the arbitration hearing shall be identified and
2  subject to discovery under the Civil Discovery Act.  Otherwise the Rules govern
3  discovery, including the discretion of the arbitrator to control timing of discovery.
4       6.    A dispositive motion may be filed at least 50 calendar days before the
5  hearing on the motion.  Opposition shall be served within 35 calendar days thereafter
6  and replies within 10 calendar days thereafter.  The hearing on such motions shall be
7  in person at JAMS, Orange.
8       7.    A ten to twelve day hearing is estimated, and will be set, to the extent
9  possible, for consecutive days.
10      8.  This dismissal is without prejudice to either side moving to reopen the
11 matter in this Court, if the arbitration does not conclusively conclude the matter.
12      IT IS SO ORDERED.

Dated:  February 13, 2012

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Approved as to form:

By: _____
    Stuart P. Jasper
    JASPER & JASPER, P.C.
    Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: _____
    JOHN E. LATTIN, IV
    TODD B. SCHERWIN
    RYAN D. WHEELER
Attorneys for Defendants HD Supply
Construction Supply Ltd. and HD Supply, Inc.

*Left margin:* JASPER & JASPER, P.C. / 19800 MacArthur Blvd., Suite 860 / Irvine, CA 92612 / 949-756-1560

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JASPER & JASPER, P.C.**
19800 MacArthur Blvd., Suite 860
Irvine, CA 92612
949-756-1560

- 4 -
ORDER TO STAY ACTION PENDING ARBITRATION

Irvine 761110.1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA)
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 19800 MacArthur Boulevard, Suite 860, Irvine, California 92612.

On February 8, 2012, I served the foregoing document(s) entitled **[Proposed] ORDER TO STAY ACTION PENDING ARBITRATION**, on all the appearing and/or interested parties in this action by placing ___ *the original* _X_ *a true copy* thereof enclosed in a sealed envelope(s) addressed as follows:

### SEE ATTACHED MAILING LIST

[ X ]   [**by MAIL**] I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

[ X ]   [**by ELECTRONIC SUBMISSION**] I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

[ X ]   **FEDERAL**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 8, 2012 at Irvine, California.

                                       /s/ Monica Ferriz
                                       MONICA FERRIZ

**JASPER & JASPER, P.C.**
19800 MacArthur Blvd., Suite 860
Irvine, CA 92612
949-756-1560

# CERTIFICATE OF SERVICE - MAILING LIST

| | |
|---|---|
| John E. Lattin, Esq.<br>jlattin@laborlawyers.com<br>Todd B. Scherwin, Esq.<br>tscherwin@laborlawyers.com<br>Ryan D. Wheeler, Esq.<br>rwheeler@laborlawyers.com<br>Fisher & Phillips LLP<br>2050 Main Street, Suite 1000<br>Irvine, California 92614<br>Telephone: (949) 851-2424<br>Facsimile: (949) 851-0152 | **ATTORNEYS FOR DEFENDANTS**<br>HD Supply Construction Supply Ltd.<br>and HD Supply, Inc. |